**Donnie Keith HOWELL, Petitioner— Appellant,**

v.

**Eric D. WILSON, Warden, Respondent— Appellee.**

**No. 12–6744.**

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 16, 2012.

Decided: Aug. 21, 2012.

Donnie Keith Howell, Appellant Pro Se.

Before KING and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donnie Keith Howell, a federal prisoner, appeals the district court's order denying

relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Howell v. Wilson,* No. 1:12–cv–00292–CMH–TRJ (E.D. Va. filed Mar. 21, 2012; entered Mar. 23, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*